UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY THOMAS BUTLER,<br><br>Plaintiff,<br><br>v.<br><br>IANNONE M., et al.,<br><br>Defendants. | No. 2:18-cv-02673-CKD-P<br><br><br><br>ORDER |

Plaintiff is a state inmate proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The court has reviewed plaintiff's Notice of Election filed on May 28, 2019. ECF No. 9. However, instead of placing an "X" by one of only two options, plaintiff created a third option by writing in the name of a defendant who was dismissed with leave to amend. In light of this change, the court cannot determine how plaintiff wants to proceed.

Therefore, the court will give plaintiff one more chance to clearly indicate how he wants to proceed in this case. **Within 14 days from the date of this order, plaintiff shall complete and return the attached Notice of Election form by placing an "X" in only one of the boxes and signing his name. Plaintiff is further instructed not to make any additions or changes to the Notice of Election form.** If plaintiff wants to proceed with any claim against defendant Trevino then he should place an "X" indicating that he wants time to file a first amended

1

complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall complete and return the attached Notice of Election form within 14 days from the date of this order.

Dated: June 3, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/butl2673.noticeofelection.docx

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY THOMAS BUTLER,

    Plaintiff,

v.

IANNONE M., et al.,

    Defendants.

No. 2:18-cv-2673 CKD P

PLAINTIFF'S NOTICE OF ELECTION

**Place an "X" in front of only one option**:

\_\_\_\_\_ Plaintiff wants to proceed immediately on the claims against defendants Iannone, Perehoduk, Fox, Vaden, Allen, Voong, Wofford, and Critender; **or**,

\_\_\_\_\_ Plaintiff wants time to file a first amended complaint.

DATED:

                                                                                                         Plaintiff